UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BRANDON JOHNSON,<br><br>         Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION, LLC<br><br>         Defendants. | Case No.: 1:24-cv-02110-SDG-WEJ<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC and Experian Information Solutions, Inc. ("Defendants"). Plaintiff and Defendants are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Defendants will be finalized within the next sixty (60) days. Plaintiff's claims against TransUnion, LLC and Synchrony Bank remain pending.

         Respectfully submitted July 19, 2024.

                              */s/ Esther Oise*
                              Esther Oise, Esq. (GA Bar #686342)
                              Oise Law Group PC
                              2635 Governors Walk Blvd.
                              Snellville, GA 30078
                              Email: eoise.molaw@gmail.com
                              Telephone: (770) 895-3736
                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ Esther Oise