# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BRANDON JOHNSON,<br><br>　　Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION, LLC<br><br>　　Defendants. | Case No.: 1:24-cv-02110-SDG-WEJ<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against TransUnion, LLC and Synchrony Bank remain pending.

Respectfully submitted August 6, 2024.

　　　　　　　　　　　　　　　　　　　　/s/ Esther Oise
　　　　　　　　　　　　　　　　　　　　Esther Oise, Esq. (GA Bar #686342)
　　　　　　　　　　　　　　　　　　　　Oise Law Group PC
　　　　　　　　　　　　　　　　　　　　2635 Governors Walk Blvd.
　　　　　　　　　　　　　　　　　　　　Snellville, GA 30078
　　　　　　　　　　　　　　　　　　　　Email: eoise.molaw@gmail.com
　　　　　　　　　　　　　　　　　　　　Telephone: (770) 895-3736
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ Esther Oise