**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| BRANDON JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION, LLC<br><br>    Defendants. | Case No.: 1:24-cv-02110-SDG-WEJ<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against Synchrony Bank remain pending.

    Respectfully submitted August 7, 2024

                        /s/ Esther Oise
                        Esther Oise, Esq. (GA Bar #686342)
                        Oise Law Group PC
                        2635 Governors Walk Blvd.
                        Snellville, GA 30078
                        Email: eoise.molaw@gmail.com
                        Telephone: (770) 895-3736
                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*