UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BRANDON JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION, LLC<br><br>    Defendants. | Case No.: 1:24-cv-02110-SDG-WEJ<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT SYNCHRONY BANK** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Synchrony Bank hereby jointly stipulate that Synchrony Bank may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted February 28, 2025.

| | |
|---|---|
| */s/ Esther Oise*<br>Esther Oise, Esq. (GA Bar #686342)<br>Oise Law Group PC<br>2635 Governors Walk Blvd.<br>Snellville, GA 30078<br>Email: oiselaw@gmail.com<br>Telephone: (770) 895-3736<br>Attorney for Plaintiff | */s/ Monica K. Gilroy*<br>Monica K. Gilroy<br>Georgia Bar No. 427520<br>**The Gilroy Firm**<br>1145 Hightower Trail<br>Atlanta, GA 30350<br>(678) 280-1922 (telephone)<br>(678) 280-1923 (facsimile)<br>Monica.Gilroy@gilroyfirm.com<br>Counsel for Defendant Synchrony Bank |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*